Form 3A
(10/05)

# United States Bankruptcy Court

District Of ____Illinois____

In re __MARY M Hill__,
         Debtor

Case No. __08-16188__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __274__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__   Check one ☐ With the filing of the petition, or
                          ☐ On or before __7-1-08__

   $ __68.50__   on or before __7/23/08__

   $ __68.50__   on or before __8/23/08__

   $ __68.50__   on or before __9/23/08__

   **FILED**
   UNITED STATES BANKRUPTCY COURT
   NORTHERN DISTRICT OF ILLINOIS

   JUN 2 4 2008

   KENNETH S. GARDNER, CLERK
   PS REP. - RD

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____          __Mary M Hill__    __6-24-08__
Signature of Attorney    Date         Signature of Debtor      Date
                                      (In a joint case, both spouses must sign.)

_____
Name of Attorney                     _____
                                      Signature of Joint Debtor (if any)   Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## District Of _____Illinois_____

In re __MARY M Hill__,                                  Case No. __08-16188__
         Debtor
                                                        Chapter __13__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one  ☐  With the filing of the petition, or
                              ☐  On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                                        BY THE COURT

Date: __JUN 2 4 2008__                                  __KENNETH S. GARDNER__
                                                        Clerk, U.S. Bankruptcy Court

                                                        Kenneth S. Gardner, Clerk of the Court